# EXHIBIT 1

American Airlines
Case 2:24-cv-10097   Document 1-3   Filed 11/21/24   Page 2 of 3   Page ID #:20
American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000
Pay Statement

| | | | | |
|---|---|---|---|---|
| **Ken Torres (776980)** | Pay Frequency: US Bi-Weekly | **Status/Allowance/Percent.** | | **Available** |
| | Employee Type: Regular | FED | Single 0 | Vacation 24.00 |
| | Payment Date: 12/30/2021 | CA | Single 01 | Sick 233.12 |
| | Hours Worked: 72.00 | | | Hol Vac 0.00 |
| **Location:** Los Angeles Int'l Airport | Pay Period: 12/13/2021 - 12/26/2021 | | | |
| **Company FEIN:** 13-1502798 | Basis of Pay: Hourly | | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,607.10 | 198.07 | 657.44 | 33.23 | 1,718.36 |
| Year to Date | 67,782.12 | 5,149.90 | 17,106.54 | 863.98 | 44,661.70 |

## EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Regular Pay | | 32.00 | 72.00 | 2,304.00 | 57,504.96 |
| Shift 2 | | 0.55 | 72.00 | 39.60 | 994.42 |
| Vacation Pay | | 32.00 | 8.00 | 256.00 | 5,376.00 |
| Uniform Cleaning | | 0.00 | 0.00 | 7.50 | 195.00 |
| Voluntary Trade Worked | | 0.00 | 0.00 | 0.00 | 256.00 |
| Overtime | | 0.00 | 0.00 | 0.00 | 31.20 |
| Shift 2 - OT | | 0.00 | 0.00 | 0.00 | 0.54 |
| Additional Hours | | 0.00 | 0.00 | 0.00 | 96.00 |
| Holiday Vacation | | 0.00 | 0.00 | 0.00 | 2,560.00 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 768.00 |
| **Total Earnings** | | | 152.00 | 2,607.10 | 67,782.12 |

## DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 113.54 | 2,952.04 |
| Dental Coverage | 3.88 | 100.88 |
| Vision Coverage | 2.44 | 63.44 |
| 401k | 78.21 | 2,033.54 |
| **Total Pre-Tax Deductions** | 198.07 | 5,149.90 |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 334.38 | 8,699.15 |
| EE Social Security Tax | 154.58 | 4,019.09 |
| EE Medicare Tax | 36.15 | 939.95 |
| **State Taxes CA** | | |
| Withholding Tax | 102.48 | 2,672.36 |
| EE Disability Tax | 29.85 | 775.99 |
| **Total Taxes** | 657.44 | 17,106.54 |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| U.Dues CWA-IBT Lcl 986 | 33.23 | 863.98 |
| **Total After-Tax Deductions** | 33.23 | 863.98 |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 2,415.12 | 62,790.56 |
| EE Social Security Tax | 2,493.33 | 64,824.10 |
| EE Medicare Tax | 2,493.33 | 64,824.10 |
| **State Taxes CA** | | |
| Withholding Tax | 2,415.12 | 62,790.56 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 78.21 | 2,033.54 |
| **Imputed Income** | **Current** | **Year to Date** |
| Group Term Life | 6.09 | 158.34 |

### NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | BANK OF AMERICA, N.A. | | 12/30/2021 | 1,718.36 | USD |

**American Airlines**

**Pay Statement**

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| Ken Torres (776980) | | | | |
|---|---|---|---|---|
| | **Pay Frequency:** US Bi-Weekly | **Status/Allowance/Percent.** | | **Available** |
| | **Employee Type:** Regular | FED | Single 0 | Vacation 0.00 |
| | **Payment Date:** 09/09/2022 | CA | Single 01 | Sick 0.00 |
| | **Hours Worked:** 0.00 | | | Hol Vac 0.00 |
| **Location:** Los Angeles Int'l Airport | **Pay Period:** 08/22/2022 - 09/04/2022 | | | |
| **Company FEIN:** 13-1502798 | **Basis of Pay:** Hourly | | | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 2,362.49 | 0.03 | 971.22 | 0.00 | 1,391.24 |
| Year to Date | 56,942.15 | 4,049.41 | 15,979.26 | 7,466.33 | 29,577.39 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Sick Payout | 08/21/2022 | 8.65 | 273.12 | 2,362.49 | 0.00 |
| Regular Pay | | 0.00 | 0.00 | 0.00 | 36,352.00 |
| Shift 2 | | 0.00 | 0.00 | 0.00 | 545.60 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 4,864.00 |
| Holiday Vacation | | 0.00 | 0.00 | 0.00 | 1,280.00 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 768.00 |
| Sick Payout | | 0.00 | 0.00 | 0.00 | 2,362.49 |
| Vacation Payout | | 0.00 | 0.00 | 0.00 | 256.00 |
| Vacation Payout - Term | | 0.00 | 0.00 | 0.00 | 6,826.56 |
| Hol Vac Pymt - No Match | | 0.00 | 0.00 | 0.00 | 2,560.00 |
| Lump Sum Payment 401K | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Uniform Cleaning | | 0.00 | 0.00 | 0.00 | 127.50 |
| **Total Earnings** | | | 273.12 | 2,362.49 | 56,942.15 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | -67.55 | 2,229.49 |
| Dental Coverage | -1.96 | 63.83 |
| Vision Coverage | -1.33 | 43.89 |
| 401k | 70.87 | 1,712.20 |
| **Total Pre-Tax Deductions** | 0.03 | 4,049.41 |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 519.74 | 8,251.10 |
| EE Social Security Tax | 150.50 | 3,405.57 |
| EE Medicare Tax | 35.19 | 796.46 |
| **State Taxes CA** | | |
| Withholding Tax | 239.02 | 2,924.04 |
| EE Disability Tax | 26.77 | 602.09 |
| **Total Taxes** | 971.22 | 15,979.26 |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| U.Dues CWA-IBT Lcl 986 | 0.00 | 564.91 |
| Paid Other | 0.00 | 6,901.42 |
| **Total After-Tax Deductions** | 0.00 | 7,466.33 |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 2,356.58 | 53,216.34 |
| EE Social Security Tax | 2,427.45 | 54,928.54 |
| EE Medicare Tax | 2,427.45 | 54,928.54 |
| **State Taxes CA** | | |
| Withholding Tax | 2,356.58 | 53,216.34 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 70.87 | 1,712.20 |

| Imputed Income | Current | Year to Date |
|---|---|---|
| Group Term Life | -5.88 | 193.36 |

### NET EARNINGS DISTRIBUTION

| Account Type | Bank Name | | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | BANK OF AMERICA, N.A. | | 09/09/2022 | 1,391.24 | USD |