UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-10097-MEMF-JPR                                   Date: March 3, 2025

Title   *Kenneth Torres v. American Airlines Group Inc.*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order GRANTING Unopposed Motion to Remand [ECF Nos. 12, 21, 26] [JS-6]**

Defendant American Airlines Group Inc. ("AA") removed this action to this Court on November 21, 2024. *See* ECF No. 1. On January 26, 2025, Plaintiff Kenneth Torres ("Torres") filed a Motion to Remand. *See* ECF No. 12. Torres re-filed his Motion to Remand in response to a Notice of Deficiency on January 28, 2025. *See* ECF No. 21. Torres re-filed the Motion to Remand again on February 13, 2025. *See* ECF No. 26.

Per this Court's Standing Order, an opposition to a motion must be filed "no later than fourteen (14) days after the filing of the initial Motion." *See* Standing Order at 6. "If at any time the hearing date on a motion is continued, there is no change to the default briefing schedule set forth above." *Id.* Thus, the opposition to Torres's re-filed Motion to Remand was due fourteen days after January 28, 2025, on February 11, 2025. AA failed to file any opposition within that deadline and has not filed an opposition or any other related filing to date.

Per the Local Rules, the "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion," except as to motions under Federal Rule of Civil Procedure 56. *See* C.D. Cal. L.R. 7-12.

The Court finds that AA has failed to file an opposition to Torres's Motion to Remand as required, and therefore finds that AA has consented to the granting of the Motion to Remand.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:24-cv-10097-MEMF-JPR                              Date: March 3, 2025

Title    <u>Kenneth Torres v. American Airlines Group Inc.</u>

The Court therefore GRANTS the Motion to Remand. This action shall be remanded to Los Angeles County Superior Court. The Clerk of Court is directed to close the file.

                                                                                           :

**Initials of Preparer**        DBE